# ELECTRONIC RECORD

COA #   10-14-00028-CR                              OFFENSE:  Indecency with a Child

STYLE:  Jose Carmen Garcia, Jr. v. The State of Texas                              COUNTY:  McLennan

TRIAL COURT:        19th District Court                              _____ MOTION
TRIAL COURT #:      2012-2360-C1                              FOR REHEARING IS:  _____
TRIAL COURT JUDGE:  Hon. Ralph T. Strother                              DATE:  _____
DISPOSITION:        AFFIRMED                              JUDGE:  _____

DATE:        March 5, 2015

JUSTICE:     Scoggins               PC _____ S  YES
PUBLISH:     _____               DNP:  YES

CLK RECORD:   3/28/2014               SUPP CLK RECORD:  _____
RPT RECORD:   9/29/2014               SUPP RPT RECORD:  _____
STATE BR:     2/3/2015               SUPP BR:  _____
APP BR:       11/3/2014               PRO SE BR:  _____

## IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**               CCA # _____ **359-15**

-------------------
_____ PRO SE _____ Petition               Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:               DATE: _____
_____ REFUSED,               JUDGE: _____
DATE: _08/26/2015_               SIGNED: _____   PC: _____
JUDGE: _____               PUBLISH: _____   DNP: _____

-------------------
_____ MOTION FOR REHEARING IN               MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____               _____ ON _____
JUDGE: _____               JUDGE: _____